**Daniel J. HEREFORD & Page Group, Inc., Plaintiffs/Appellants,**

v.

**OWNERS ASSOCIATION OF 7569–7571 BUCKINGHAM CONDOMINIUM, et al., Defendants/Respondents.**

**No. ED 102040**

Missouri Court of Appeals, Eastern District, ***DIVISION TWO.***

Filed: November 17, 2015

Talmage E Newton, IV, 7515 Delmar Blvd, St. Louis, MO 63130, John L. Wright (Co–Counsel), 1114 Market Street, Room 401, St. Louis, MO 63101, for appellant.

Joseph V. Keady, Jr., Neal B. Griffin (Co–Counsel), 7700 Forsyth Boulevard, Suite 1100, Clayton, MO 63105, for respondent.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

## ORDER

### PER CURIAM.

Daniel Hereford ("Hereford") and Page Group, Inc. ("Page Group") (collectively, "Appellants") appeal from the trial court's judgment in favor of the Owners Association of 7569–7571 Buckingham Condominium (the "Association") and Buckingham Place Condo Association, L.L.C. (collectively, "Respondents") following a bench trial. We have reviewed the parties' briefs and oral arguments as well as the record on appeal. We also have reviewed Respondents' motion for attorneys' fees on

appeal. We find: 1) the trial court did not err in entering judgment against Appellants because the court had jurisdiction over Page Group; 2) the trial court did not abuse its discretion in awarding Respondents attorneys' fees in the amount of $35,000; 3) the trial court did not err in entering judgment against Appellants on their claim to access the books and records of the Association because the Association complied with its obligation under the Association Bylaws; and 4) Respondents' motion for attorneys' fees on appeal is granted. Respondents are given judgment, for which execution shall issue, for $34,488.50 representing attorney's fees on appeal. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Mo. R. Civ. P. 84.16(b) (2015).